SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

ORDER OF CLARIFICATION
(By: Recktenwald, C.J., Nakayama, Duffy, and
McKenna, JJ., and Intermediate Court of Appeals
Chief Judge Nakamura, in place of Acoba, J., recused)

Upon consideration of the record, it appears the November 21, 2011 Order Suspending Imposition of Discipline is unclear as to when (1) the November 9, 2011 Order of Suspension is effective and (2) the affidavit of compliance required by the Rules of the Supreme Court of the State of Hawaiʻi Rule 2.16(d) must be filed. Therefore,

IT IS HEREBY ORDERED that as the result of the November 21, 2011 Order Suspending Imposition of Discipline, the 30-day suspension of Respondent Partington from the practice of law in this jurisdiction that was imposed by the November 9, 2011 Order of Suspension shall take effect on January 2, 2012, and

that Respondent Partington must therefore file the affidavit of compliance by January 12, 2012.

DATED:  Honolulu, Hawaiʻi, December 12, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



/s/ Craig H. Nakamura

2